# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (Petty / Misdemeanor Offenses) |
| V. | |
| | Case Number: DNCW311CR000252-001 |
| MICHAEL ANTHONY ORTIZ | |
| | USM Number: |
| | Cecelia Oseguera |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| X | pleaded guilty to count(s) 1 |
| _ | Pleaded guilty to violation(s) |
| _ | Pleaded not guilty to count(s) |
| _ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:228(a)(1) | Failure to Pay Child Support | August 16, 2011 | 1 |

_ Counts(s) (is)(are) dismissed on the motion of the United States.
_ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
_ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. THREE (3) YEARS PROBATION; $10 Assessment; $78,960 Restitution payable to NC Child Support Centralized Collections, P.O. Box 900006, Raleigh, NC 27675-9006; $500 Court Appointed Counsel Fees.

2. Defendant shall maintain employment and execute wage withholding assignment. Defendant shall make weekly child support payments and provide U.S. Probation with proof of the same.

X  The Court has considered the information presented by the Defendant concerning the Defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the Defendant is financially able to pay $ $50   Per month to commence within 60 days of entry of Judgment.**

Throughout the period of supervision the Probation Office shall consider the Defendant's economic circumstances as it pertains to the Defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: September 30, 2011

David S. Cayer
United States Magistrate Judge

Date Signed:     September 30, 2011

**RETURN**

I have executed this Judgment as follows: _____

_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal